# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| DARNELL WILSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.   4:15-CV-476-AGF |
| ST. LOUIS COUNTY, et al., | ) ) | |
| Defendants. | ) ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to reconsider the May 5, 2015 denial of his request for appointment of counsel [Doc. #9].  Plaintiff asserts that he has a 9th grade education, the case is too complex for him to litigate and understand, and he does not have adequate access to law books and research materials.   For the following reasons, the motion will be denied without prejudice.

"A pro se litigant has no statutory or constitutional right to have counsel appointed in a civil case."  *Stevens v. Redwing*, 146 F.3d 538, 546 (8th Cir. 1998). When determining whether to appoint counsel for an indigent litigant, the Court considers relevant factors, such as the complexity of the case, the ability of the pro se litigant to investigate the facts, the existence of conflicting testimony, and the ability of the pro se litigant to present his or her claim.   *Id.*

After reviewing these factors, the Court finds that the appointment of counsel is not warranted at this time. Moreover, as the Court previously noted, this case is neither factually nor legally complex, and it is evident that plaintiff is able to present his claims. Consequently, the motion for reconsideration will be denied, without prejudice to refiling a motion for appointment of counsel at a later time in this case, if plaintiff chooses to do so.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration of the denial of his request for appointment of counsel [Doc. #9] is **DENIED**, without prejudice.

Dated this 15th day of May, 2015.

_____
**UNITED STATES DISTRICT JUDGE**